Michael P. Balaban, State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702)586-2964
Fax: (702)586-3023
mbalaban@balaban-law.com

Attorney for Plaintiff
JANIS VICTOR

Laura M. Raisty (Admitted *Pro Hac Vice*)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Fax: (617) 227-4420
laura.raisty@lockelord.com

Attorney for Defendant
CVS RX SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANIS VICTOR,<br><br>                Plaintiff,<br><br>     vs.<br><br>CVS RX SERVICES, INC., a New York Corporation,<br><br>                Defendant. | CASE NO. 2:14-cv-00799-LDG-PAL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM UNDER THE FAIR LABOR STANDARDS ACT IN THE FOURTH CAUSE OF ACTION IN THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Janis Victor and Defendant CVS Rx Services, Inc. that Plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. in the Fourth Cause of Action in the Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without attorneys' fees or

1

AM 46484317.1

costs to any party, and waiving all rights of appeal.  This Stipulation does not pertain to the other Causes of Action in Plaintiff's Complaint.

| LAW OFFICES OF MICHAEL P. BALABAN | LOCKE LORD LLP |
|---|---|
| /s/ Michael P. Balaban | /s/ Laura M. Raisty |
| Michael P. Balaban, Esq.<br>Attorney for Plaintiff | Laura M. Raisty, Esq.<br>Attorney for Defendant |
| Dated:  February 25, 2015 | Dated:  February 25, 2015 |

## ORDER

IT IS SO ORDERED.
DATED this 27 day of February, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge